GOTTLIEB & GREENSPAN

Rachael E. Banks, Esq.
Phone: 201-644-0890
eFax: (201) 644-0992
Admitted: NJ, NY & PA
rbanks@gottliebandgreenspan.com

Bria Wilson Carrasquillo, Litigation Paralegal
Phone: (201) 627-2426
Fax: (201) 627-2426
bwilson@gottliebandgreenspan.com

July 6, 2026

**MEMO ENDORSED**

**VIA ECF**
Honorable Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**RE: *T.V. Seshan, M.D., P.C. v. United Healthcare Insurance Company Civil*** **Action No. 7:26-cv-03638-JGLC**

Dear Judge Clarke:

As you are aware, this firm represents T.V. Seshan, M.D., P.C. ("Plaintiff") in the above captioned matter.

Pursuant to Rule 2(e) of Your Honor's Individual Rules of Practice and with consent of opposing counsel, Matthew Mazzola, Esq. of Robinson & Cole, this firm moves for an adjournment of thirty (30) days to file the opposition to Defendant's Motion to Dismiss, filed June 22, 2026, with a new due of August 5, 2026. Consequently, the date of Defendant's reply to the opposition shall also be adjourned for thirty (30) days. No previous requests for an adjournment have been made. At the time of filing, there is no scheduled appearance before this Court.

Our office shows good cause in that the attorney of record, Mr. Eric Schmidt, recently went on paternity leave and the undersigned requires time to review and prepare to handle this case.

As always, we thank the Court for its courtesies and attention to this matter.

Respectfully submitted,

/s/ Rachael E. Banks
Rachael E. Banks, Esq,
Gottlieb & Greenspan, LLC
17-17 Route 208, Suite 250
Fair Lawn, New Jersey 07410

cc: All Counsel of Record

Application GRANTED. The Court HEREBY EXTENDS the deadlines as set forth above. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: July 6, 2026
White Plains, New York